IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JERRY RAY CAVINS,** | No. CIV S-03-0929 MCE KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **BILL LOCKYER, Attorney General of the State of California,** | |
| Respondent. | |

Good cause appearing, IT IS HEREBY ORDERED that Respondent's Unopposed Request to Reschedule Hearing is granted. The hearing on Respondent's Motion to Dismiss and Application for Provisional Sealing Order will take place on May 24, 2006, at 10:00 a.m.

Dated: April 12, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Order

1