IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY RAY CAVINS, | No. 2:03-cv-0929-MCE-KJM-P |
|     Petitioner, | |
|   v. | <u>ORDER</u> |
| MELVIN HUNTER, ET AL., | |
|     Respondents. | |

Petitioner, a state prisoner proceeding through counsel, has filed an Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On June 2, 2006, the magistrate judge filed Findings and Recommendations herein which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within twenty (20) days.

1

1  Petitioner has filed Objections to the Findings and
2  Recommendations.
3      In accordance with the provisions of 28 U.S.C.
4  § 636(b)(1)(C) and Local Rule 72-304, this Court has conducted a
5  de novo review of this case.  Having carefully reviewed the
6  entire file, the Court finds the findings and recommendations to
7  be supported by the record and by proper analysis.
8      Accordingly, IT IS HEREBY ORDERED that:
9      1.  The Findings and Recommendations filed June 2, 2006, are
10 adopted in full;
11     2.  Respondents' February 24, 2006 Motion to Dismiss is
12 granted; and
13     3.  This case is closed.
14 DATED: July 11, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2