IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY RAY CAVINS, | No. 2:03-cv-0929-MCE-KJM-P |
| Petitioner, | |
| v. | ORDER |
| MELVIN HUNTER, et al., | |
| Respondents. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's July 11, 2006 dismissal of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When, as here, the district court denies a habeas petition on procedural grounds without reaching the prisoner's underlying constitutional claims, a certificate of appealability should issue when the prisoner shows that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable

1 whether the district court was correct in its procedural ruling.  <u>Slack v. McDaniel</u>, 529 U.S. 473,
2 484-85 (2000).  The certificate of appealability must "indicate which specific issue or issues
3 satisfy" the above  requirements.  28 U.S.C. § 2253(c)(3).

4     The court finds that jurists of reason would find it at least debatable whether the claims
5 asserted in petitioner's second amended petition for writ of habeas corpus state valid claims of
6 the denial of constitutional rights.  Also, jurists of reason would find it at least debatable whether
7 it was correct to dismiss this action as moot.  Therefore, the court will grant petitioner's request
8 for a certificate of appealability.

9     Petitioner also asks that the court appoint counsel on appeal.  Good cause appearing,
10 petitioner's request will be granted.

11     Accordingly, IT IS HEREBY ORDERED that:

12     1. Petitioner's July 19, 2006 request for a certificate appealability is granted; and

13     2. Petitioner's July 19, 2006 request for appointment of counsel on appeal is granted.

14 DATED: August 8, 2006

17 MORRISON C. ENGLAND, JR
18 UNITED STATES DISTRICT JUDGE