IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY RAY CAVINS,

    Petitioner,                    No. CIV S-03-0929 MCE KJM P

   vs.

MELVIN HUNTER, et al.,

    Respondents.              ORDER

_____/

       Petitioner has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On July 11, 2006, this action was dismissed.  On May 30, 2007, the Ninth Circuit Court of Appeals reversed the dismissal and remanded for further proceedings. Accordingly, IT IS HEREBY ORDERED that:

       1. Respondents are directed to file a response to petitioner's application for writ of habeas corpus within sixty days from the date of this order.  <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application.  <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

       2. Petitioner's reply, if any, shall be filed and served within thirty days of service of an answer; and

1

3. If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within thirty days of service of the motion, and respondents' reply, if any, shall be filed within fifteen days thereafter.

DATED: April 10, 2008.

_____
U.S. MAGISTRATE JUDGE

1
cavi0929.100