1

2

3

4

5

6

7

8                                IN THE UNITED STATES DISTRICT COURT

9                             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    **JERRY RAY CAVINS,**                                    CIV S-03-0929 MCE KJM P

12                                          Petitioner,        **ORDER**

13                  **v.**

14    **MELVIN HUNTER,** et al.,

15                                          Respondents.

16

17          GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the hearing on

18    Motion to Dismiss in this action is rescheduled to August 27, 2008, at 10:00 a.m. in courtroom

19    26.

20    Dated:  July 23, 2008.

21

22    _____

23    U.S. MAGISTRATE JUDGE

24

25

26

27

28

Order

1