IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY RAY CAVINS, | No. 2:03-cv-00929-MCE-KJM P |
| Petitioner, | |
| vs. | ORDER |
| BILL LOCKYER, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On February 12, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Both parties have filed objections to the findings and recommendations.

///

///

///

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

2  304, this court has conducted a de novo review of this case.  Having carefully reviewed the

3  entire file, the court finds the findings and recommendations to be supported by the record and by

4  proper analysis.

5           Accordingly, IT IS HEREBY ORDERED that:

6           1.  The findings and recommendations filed February 12, 2009, are adopted in part

7  and rejected in part;

8           2.  Respondents' motion to dismiss is decided as follows:

9                A. For the reasons set forth in the Magistrate Judge's Findings &

10               Recommendations, granted with respect to claims 2 and 5 in petitioner's

11               second amended application for writ of habeas corpus; and

12               B. For the reasons set forth in Respondents' Objections To Magistrate

13               Judge's Findings and Recommendations, granted with respect to claim 6

14               in petitioner's second amended application for writ of habeas corpus.

15

16    Dated:  March 27, 2009

17                                                        _____
18                                                        MORRISON C. ENGLAND, JR.
                                                          UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26